UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

GAVIN M. CHEN                                        :
5011 14th St. N.W.                                   :
Washington, D.C. 20011                               :
                                                     :
and                                                  :
                                                     :
SARA J. LEE                                          :
5011 14th St. N.W.                                   :
Washington, D.C. 20011                               :
                                                     :
            Plaintiffs                               :
                                                     :
v.                                                   :       Civil Action # _____
                                                     :
JEWELL BELL-SMITH                                    :
9403 Pineview Ln.                                    :
Clinton, MD 20785                                    :
                                                     :
and                                                  :
                                                     :
DARRYL A. SMITH                                      :
9403 Pineview Ln.                                    :
Clinton, MD 20785                                    :
                                                     :
and                                                  :
                                                     :
EK SETTLEMENTS, INC.                                 :
10262 Baltimore National Pike                        :
Ellicott City, MD 21042                              :
                                                     :
and                                                  :
                                                     :
PINNACLE FINANCIAL CORP.                             :
4102 S. 31ST St.                                     :
Temple, TX 76542                                     :
                                                     :
and                                                  :
                                                     :
MORTGAGE STAR, INC.                                  :
9901 Belward Campus Dr., Suite 125                   :
Rockville, MD 20850                                  :
                                                     :
and                                                  :

| | |
|---|---|
| C & O PROPERTY SOLUTIONS<br>1465 Baltimore Ave., Suite 185<br>Laurel, MD 20707<br><br>and<br><br>CAROLINE CHARLES<br>14625 Baltimore Ave., Suite 185<br>Laurel, MD 20707<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT MORTAGE STAR, INC.'S MOTION TO DISMISS

COMES NOW Defendant Mortgage Star, Inc. (hereinafter "Defendant" or "Mortgage Star"), by and through its counsel, Bonner Kiernan Trebach & Crociata, LLP, and pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure respectfully moves this Honorable Court to dismiss Plaintiff's claims against Mortgage Star.

In their Complaint, Plaintiffs bring fourteen counts against the collective Defendants, at least twelve of which include allegations against Mortgage Star. These claims arise out of a purported fraudulent mortgage loan transaction involving Plaintiffs' home. Despite the numerous claims made, Plaintiffs' Complaint fails to include <u>any</u> allegations as to Mortgage Star's role in the transactions; any specific action or omission made by Mortgage Star; or any other allegations to support a claim for relief against Mortgage Star. As such, Plaintiffs' Complaint, as to Defendant Mortgage Star, fails to state a claim upon which relief can be granted. Accordingly, pursuant to Rule 12(b)(6), Plaintiff's Complaint must be dismissed as to Defendant Mortgage Star.

      In further support of its Motion, Defendant respectfully refers this Honorable Court to the Memorandum of Points and Authorities, attached hereto and incorporated herein by reference.

      WHEREFORE, Defendant respectfully requests that its Motion be granted and that Plaintiff's claims against Defendant Mortgage Star be dismissed with prejudice.

DATED: June 10, 2008.      Respectfully submitted,

                                    Mortgage Star, Inc.
                                    By Counsel

                                    */s/ Alan S. Block*
                                    Alan S. Block, Esq. #431010
                                    Heather S. Deane, Esq. #471834
                                    BONNER KIERNAN TREBACH & CROCIATA, LLP
                                    1233 20th St., NW, Suite 800
                                    Washington, DC 20036
                                    (202) 712-7000
                                    (202) 712-7100 (facsimile)
                                    ablock@bktc.net
                                    hdeane@bktc.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants' Motion to Dismiss and Memorandum of Points and Authorities in Support thereof was served via first class mail, postage prepaid, this 10th day of June 2008, to:

Brynee K. Baylor, Esq.
Dawn P. Jackson, Esq.
Baylor & Jackson, PLLC
1025 Connecticut Avenue, N.W.
Suite 1202
Washington, D.C. 20036
Counsel for Plaintiffs

Jewell Bell-Smith
9403 Pineview Lane
Clinton, MD 20785

Darryl A. Smith
9403 Pineview Ln.
Clinton, MD 20785

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

Pinnacle Financial Corp.
4102 S. 31ST St.
Temple, TX 76542

C & O Property Solutions
1465 Baltimore Ave., Suite 185
Laurel, MD 20707

Caroline Charles
14625 Baltimore Ave., Suite 185
Laurel, MD 20707

_____
Heather S. Deane

186501-1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

GAVIN M. CHEN                              :
5011 14th St. N.W.                         :
Washington, D.C. 20011                     :
                                           :
and                                        :
                                           :
SARA J. LEE                                :
5011 14th St. N.W.                         :
Washington, D.C. 20011                     :
                                           :
            Plaintiffs                     :
                                           :    Civil Action # _____
v.                                         :
                                           :
JEWELL BELL-SMITH                          :
9403 Pineview Ln.                          :
Clinton, MD 20785                          :
                                           :
and                                        :
                                           :
DARRYL A. SMITH                            :
9403 Pineview Ln.                          :
Clinton, MD 20785                          :
                                           :
and                                        :
                                           :
EK SETTLEMENTS, INC.                       :
10262 Baltimore National Park              :
Ellicott City, MD 21042                    :
                                           :
and                                        :
                                           :
PINNACLE FINANCIAL CORP.                   :
4102 S. 31ST St.                           :
Temple, TX 76542                           :
                                           :
and                                        :
                                           :
MORTGAGE STAR, INC.                        :
9901 Belward Campus Dr., Suite 125         :
Rockville, MD 20850                        :
                                           :
and                                        :

```
C & O PROPERTY SOLUTIONS         :
1465 Baltimore Ave., Suite 185   :
Laurel, MD 20707                 :
                                 :
and                              :
                                 :
CAROLINE CHARLES                 :
14625 Baltimore Ave., Suite 185  :
Laurel, MD 20707                 :
                                 :
        Defendants.              :
```

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF
## DEFENDANT MORTGAGE STAR, INC.'S MOTION TO DISMISS

COMES NOW Defendant, Mortgage Star, Inc., by and through its counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and in support of its Rule 12(b)(6) Motion to Dismiss, states as follows:

Plaintiffs Gavin Chen and Sara Lee (hereinafter, "Plaintiffs") have filed a Complaint alleging fourteen counts against the collective Defendants.[1] All of those claims arise out of a purported mortgage loan sought by Plaintiffs to avoid foreclosure of their property. (*See* Complaint, ¶¶ 6-14.)

---

[1] Count I – Fraud
Count II – Violation of the D.C. Consumer Protection Procedures Act (CPPA)(D.C. Code § 28-3901, *et seq.*)
Count III – Violation of the D.C. Loan Shark Act (D.C. Code § 26-901, *et seq.*)(Not alleged against Mortgage Star.)
Count IV – Violation of the D.C. Interest and Usury Law (D.C. Code § 28-3301)
Count V – Violation of the D.C. Consumer Credit Services Amendment Act (D.C. Code § 28-4601, *et seq.*)(Not alleged against Mortgage Star.)
Count VI – Violation of the Real Estate Settlement and Procedures Act (RESPA)(12 U.S.C § 2601, *et seq.*)
Count VII – Breach of Fiduciary Duty
Count VIII – Conversion
Count IX – Injurious Falsehood, Disparagement, and Slander of Title
Count X – Unjust Enrichment
Count XI – Breach of Contract
Count XII – Negligence
Count XIII – Declaratory Judgment
Count XIV – Quiet Title.

186501-1

Specifically, Plaintiffs allege they were contacted by C&O Property Solutions "about a program to save their home from foreclosure."[2] (*Id.* at ¶ 6). Thereafter, Caroline Charles, "a representative from C&O Property Solutions" explained a refinancing plan for Plaintiffs' home. (*Id.* at ¶ 8.) Plaintiffs further allege that certain unnamed "individuals" had Plaintiffs sign unidentified "documents" on an unknown date. (*Id.* at ¶ 9.) Finally, Plaintiffs allege: "[s]ometime after this transaction, an individual arrived at Plaintiffs' home with a check in the amount of Twenty Thousand Dollars ($20,000.00)." (*Id.* at ¶10.) Six months after the transaction, Plaintiffs again contacted Ms. Charles to purportedly perform a second refinancing of their home, but were told by Ms. Charles that it was not the appropriate time to do so. (*Id.* at ¶ 11.) Thereafter, at some unspecified later time, "Plaintiff Sara Lee received a call from Defendant Bell-Smith indicating that she owned the property and the mortgage payments should be paid to Ms. Bell-Smith or directly to the mortgage company." (*Id.* at ¶12.) Plaintiffs do not allege that either Ms. Charles or Ms. Bell-Smith are employees, agents, or otherwise related to or associated with Defendant Mortgage Star.

Plaintiffs Complaint next alleges that "Defendants[3] took well over Two Hundred Thousand Dollars ($200,000.00) from their home." (*Id.* at ¶ 13.) Plaintiffs attach four separate exhibits, none of which were prepared by Defendant Mortgage Star or list Defendant Mortgage Star as a party or involved participant. (*Id.*) Instead, the only reference to Mortgage Star's participation in this transaction, as set forth either in the Complaint or Plaintiff's proffered exhibits, are two entries on the HUD-1 (Exhibit 2 to Plaintiff's Complaint), showing a loan origination fee and a processing fee with the words

---

[2] Notably, Plaintiffs provide no date or range of dates on which any of these activities are alleged to have occurred.
[3] As the Complaint does not specifically identify to which "Defendants" this or subsequent paragraphs refer, Mortgage Star assumes, for purposes of this Motion, the collective "Defendants" refers to all seven individual and corporate Defendants named in the Complaint, but does not concede this point.

"Mortgage Star Inc." in the column next to the fee description. Plaintiff's Complaint is devoid of any allegation or exhibit claiming that Mortgage Star, Inc. received these fees, had knowledge of the transaction, or in any way participated in the transaction. (*See generally,* Complaint.)

In accord with Rule 8(a)(2) of the Federal Rules of Civil Procedure, a Complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Mere conclusory statements and allegations are an insufficient basis upon which Plaintiff may be granted relief. *See, Bell Atl. Corp. v. Twombly,* 127 S.Ct. 1955, 1965 (2007). Consequently, Plaintiff must set forth sufficient facts that include "more than generic labels, broad conclusions, or a formulaic recitation of the elements of a cause of action." *Id.* Sufficient detail must be provided in the pleading to put the defendant on notice of the specific claims alleged. *See, Swierkiewicz v. Sorema N.A.,* 534 U.S. 506, 512 (2002) (*quoting Conley v. Gibson,* 355 U.S. 41, 47, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957)). The Complaint filed in this instance falls far short of this threshold and consequently, is subject dismissal via a 12(b)(6) motion.

Based on the foregoing, Defendants respectfully request that their Motion be granted and that Plaintiff's claims against Defendant Mortgage Star be dismissed with prejudice and for such other relief as this Honorable Court deems appropriate.

DATED: June 10, 2008    Respectfully submitted,

Mortgage Star, Inc.,
By Counsel

_____
Alan S. Block, Esq. #431010
Heather S. Deane, Esq. #471834
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th St., NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (facsimile)
ablock@bktc.net
hdeane@bktc.net

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

GAVIN M. CHEN                              :
5011 14th St. N.W.                         :
Washington, D.C. 20011                     :
                                           :
and                                        :
                                           :
SARA J. LEE                                :
5011 14th St. N.W.                         :
Washington, D.C. 20011                     :
                                           :
          Plaintiffs                       :
                                           : Civil Action #_____
v.                                         :
                                           :
JEWELL BELL-SMITH                          :
9403 Pineview Lane                         :
Clinton, MD 20785                          :
                                           :
and                                        :
                                           :
DARRYL A. SMITH                            :
9403 Pineview Ln.                          :
Clinton, MD 20785                          :
                                           :
and                                        :
                                           :
EK SETTLEMENTS, INC.                       :
10262 Baltimore National Park              :
Ellicott City, MD 21042                    :
                                           :
and                                        :
                                           :
PINNACLE FINANCIAL CORP.                   :
4102 S. 31ST St.                           :
Temple, TX 76542                           :
                                           :
and                                        :
                                           :
MORTGAGE STAR, INC.                        :
9901 Belward Campus Dr., Suite 125         :
Rockville, MD 20850                        :
                                           :
and                                        :

| | |
|---|---|
| **C & O PROPERTY SOLUTIONS**<br>1465 Baltimore Ave., Suite 185<br>Laurel, MD 20707<br><br>and<br><br>**CAROLINE CHARLES**<br>14625 Baltimore Ave., Suite 185<br>Laurel, MD 20707<br><br>    **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

UPON CONSIDERATION of Defendant Mortgage Star, Inc.'s Motion to Dismiss, any opposition thereto, and the entire record in this matter, it is this _____ day of _____, 2008, hereby

ORDERED that Defendant Mortgage Star, Inc.'s Motion to Dismiss is GRANTED; and it is

FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE as against Defendant Mortgage Star, Inc.

SO ORDERED.

_____

Copies to:

Dawn P. Jackson, Esq.
Baylor & Jackson, PLLC
1025 Connecticut Avenue, N.W.
Suite 1202
Washington, D.C. 20036
Counsel for Plaintiffs

Alan S. Block, Esq.
Heather S. Deane, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, NW, Eighth Floor
Washington, D.C. 20036
Counsel for Mortgage Star, Inc.

Jewell Bell-Smith
9403 Pineview Lane
Clinton, MD 20785

Darryl A. Smith
9403 Pineview Ln.
Clinton, MD 20785

EK Settlements, Inc.
10262 Baltimore National Pike
Ellicott City, MD 21042

Pinnacle Financial Corp.
4102 S. 31ST St.
Temple, TX 76542

C & O Property Solutions
1465 Baltimore Ave., Suite 185
Laurel, MD 20707

Caroline Charles
14625 Baltimore Ave., Suite 185
Laurel, MD 20707

186501-1