IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAVIN M. CHEN, et al. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL ACTION NO.:1:08-CV-00999-JR |
| | : |
| EK SETTLEMENTS, INC., et al. | : |
| | : |
| Defendant | : |

**FINANCIAL DISCLOSURE STATEMENT OF EK SETTLEMENTS**

_____Erik H. Nyce and DeCARO, DORAN, SICILIANO, GALLAGHER, & DeBLASIS**,**

LLP, on behalf of Defendant EK Settlements, Inc. states in the above-captioned matter:

EK Settlements, Inc. has no parent, trust, subsidiaries and or affiliates that have issued shares or debt securities to the public.

            Respectfully submitted,
            DeCARO, DORAN, SICILIANO,
            GALLAGHER & DeBLASIS, LLP

            ____/s/erik h. nyce_____
            Erik H. Nyce (DC Bar 422164)
            4601 Forbes Boulevard, Suite 200
            Lanham, Maryland 20706
            301/306-4300
            Fax:  301/306-4988
            enyce@decarodoran.com
            Attorneys for Defendant, EK Settlements, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of July, 2008, a copy of the foregoing document was forwarded via e-filing, to:

Dawn R. Anderson-Jackson, Esquire
BAYLOR & JACKSON, PLLC
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
***Counsel for Plaintiffs***

Heather S. Deane, Esquire
BONNER KIERNAN TREBACH &
  CROCIATA, LLP
1233 20th Street, NW
Suite 800
Washington, DC 20036
***Counsel for Defendant, Mortgage Star, Inc.***

And via regular mail, postage prepaid to:

Jewell Bell-Smith
9403 Pineview Lane
Clinton, Maryland 20785

Darryl A. Smith
9403 Pineview Lane
Clinton, Maryland 20785

Pinnacle Financial Corporation
4102 S. 31st Street
Temple, Texas 76542

C&O Property Solutions
14625 Baltimore Avenue #185
Laurel, Maryland 20707

Caroline Charles
14625 Baltimore Avenue #185
Laurel, Maryland 20707

                                           /s/erik h. nyce
                                           Erik H. Nyce
                                           Counsel for Defendant