IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAVIN M. CHEN, et al. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL ACTION NO.:1:08-CV-00999-JR |
| | : |
| EK SETTLEMENTS, INC., et al. | : |
| | : |
| Defendant | : |

## PRAECIPE - JOINDER IN REMOVAL

COMES NOW, EK Settlements, Inc., through counsel, Erik H. Nyce and the law firm of DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, hereby joins in the removal of this case from Superior Court.

    Respectfully submitted,

    DeCARO, DORAN, SICILIANO,
    GALLAGHER & DeBLASIS, LLP

    ____/s/erik h. nyce_____
    Erik H. Nyce (DC Bar 422164)
    4601 Forbes Boulevard, Suite 200
    Lanham, Maryland 20706
    301/306-4300
    Fax:  301/306-4988
    enyce@decarodoran.com
    Attorneys for Defendant, EK Settlements, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of July, 2008, a copy of the foregoing document was forwarded via e-filing, to:

Dawn R. Anderson-Jackson, Esquire
BAYLOR & JACKSON, PLLC
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
*Counsel for Plaintiffs*

Heather S. Deane, Esquire
BONNER KIERNAN TREBACH &
 CROCIATA, LLP
1233 20th Street, NW
Suite 800
Washington, DC 20036
*Counsel for Defendant, Mortgage Star, Inc.*

And via regular mail, postage prepaid to:

Jewell Bell-Smith
9403 Pineview Lane
Clinton, Maryland 20785

Darryl A. Smith
9403 Pineview Lane
Clinton, Maryland 20785

Pinnacle Financial Corporation
4102 S. 31st Street
Temple, Texas 76542

C&O Property Solutions
14625 Baltimore Avenue #185
Laurel, Maryland 20707

Caroline Charles
14625 Baltimore Avenue #185
Laurel, Maryland 20707

/s/erik h. nyce
Erik H. Nyce
Counsel for Defendant