IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAVIN M. CHEN, *et. al.*         :
                                 :
                                 :
         **Plaintiffs,**          :
                                 :
v.                               :CIVIL ACTION NO:1:08-CV-00999-JR
                                 :
JEWELL BELL-SMITH, *et. al.*     :
                                 :
         **Defendants.**          :

### NOTICE OF DISMISSAL AS TO FEDERAL CLAIMS

COMES NOW Plaintiff, Sara Lee, by and through her counsel, Dawn R. Jackson, and hereby gives this Honorable Court notice that it should dismiss without prejudice, only the following Count:

   A. Count Six: Violation of the Real Estate Settlement and Procedures Act (RESPA), 12 U.S.C. Section 2601 *et. seq.*

Respectfully submitted, July 7, 2008:

*[signature]*

BAYLOR & JACKSON, PLLC
Dawn R. Jackson, Esq.
DC Bar No. 485118
1025 Connecticut Avenue, N.W.,
Suite 1202
Washington, DC 20036
(202) 332 – 7200 Tel
(202) 833 – 5033 Fax
djackson@baylorjackson.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Dismissal of Count Six* was sent by first class mail, postage prepaid on this 7th day of July 2008 to the following persons:

Heather S. Deane, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Attorney for Mortgage Star, Inc.

Darryl A. Smith
9403 Pineview Ln.
Clinton, MD 20735-3236
Defendant

Pinnacle Financial Corporation
4102 S. 31 St.
Temple, TX 76542
Defendant

Jewell Bell-Smith
9403 Pineview Lane
Clinton, MD 20735-3236
Defendant

Erik H. Nyce, Esquire
Decaro, Doran, Siciliano
Gallagher & Deblasis, LLP
4601 Forbes Blvd., PO Box 40
Lanham, MD 20703-0040
Attorney for EK Settlements, Inc.

C&O Property Solutions, LLC
14625 Baltimore Ave., #185
Laurel, MD 20707
Defendant

Caroline Charles
14625 Baltimore Ave. #185
Laurel, MD 20707
Defendant

Dawn R. Jackson, Esq.