IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAVIN M. CHEN, et al. | : |
| **Plaintiffs,** | : |
| v. | :     1:08cv00999 |
| | :     Judge James Robertson |
| JEWELL BELL-SMITH, et al. | : |
| **Defendants.** | : |

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

**Certificate Required By LCv.R 7.1 of the Local Rules of the
United States Court for the District of Columbia**

I, the undersigned, counsel of record for Defendant MortgageStar, Inc., certify that to the best of my knowledge and belief, MortgageStar, Inc. is wholly owned and operated by Richard M. Weiner, President and CEO, and there are <u>no</u> parent companies, subsidiaries or affiliates of MortgageStar, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: July 10, 2008

                                          Respectfully submitted,

                                          **BONNER KIERNAN TREBACH & CROCIATA, LLP**

                                          <u>/S/ Heather S. Deane</u>
                                          Alan S. Block, Esq., D.C. Bar No. 431010
                                          Heather S. Deane, Esq. D.C. Bar No. 471834
                                          Attorney for Defendant Mortgage Star, Inc.
                                          1233 20th Street, N.W., Suite 800
                                          Washington, DC 20036
                                          Telephone (202) 712-7000
                                          Facsimile (202) 712-7100
                                          hdeane@bktc.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was served via first-class mail, postage prepaid, this 10th day of July, 2008 on:

Brynee K. Baylor, Esq.
Dawn P. Jackson, Esq.
Baylor & Jackson, PLLC
1025 Connecticut Avenue, N.W.
Suite 1202
Washington, D.C. 20036
Counsel for Plaintiffs

Erik H. Nyce, Esq.
DeCaro, Doran, Siciliano, Gallagher, & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
Counsel for Defendant EK Settlements, Inc.

Jewell Bell-Smith
9403 Pineview Ln.
Clinton, MD

Darryl A. Smith
9403 Pineview Ln.
Clinton, MD

Pinnacle Financial Corporation
4102 S. 31st St.
Temple, TX 76542

C&O Property Solutions, LLC
14625 Baltimore Ave. #185
Laurel, MD 20707

Caroline Charles
14625 Baltimore Ave. #185
Laurel, MD 20707

/S/ Heather S. Deane
Heather S. Deane