IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GAVIN M. CHEN, et al. | : |
| Plaintiffs, | : |
| v. | : 1:08cv00999 |
| | : Judge James Robertson |
| JEWELL BELL-SMITH, et al. | : |
| Defendants. | : |

### DEFENDANT MORTGAGE STAR INC.'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT MORTGAGE STAR INC.'S PETITION FOR REMOVAL[1]

COMES NOW, Defendant Mortgage Star, Inc. (hereinafter "Defendant" or "Mortgage Star"), by and though its counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby files its Reply to Plaintiff's Opposition to Defendant's Petition for Removal. In support thereof, Defendant states that this Court has proper jurisdiction in accord with 28 U.S.C. § 1332 and remand in this case is not appropriate. In further support thereof, Defendant relies on its memorandum of points and authorities attached hereto and incorporated herein.

Dated: July 15, 2008

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

/S/ Heather S. Deane
Alan S. Block, Esq., D.C. Bar No. 431010
Heather S. Deane, Esq. D.C. Bar No. 471834
Attorney for Defendant Mortgage Star, Inc.
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
hdeane@bktc.net

---

[1] Although there is no authority for Plaintiffs to file an "Opposition" to Defendant's Petition for Removal, Defendant assumes that this Court will view Plaintiffs' "Opposition" as a Motion for Remand and have responded to it as such.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAVIN M. CHEN, et al.          :
                               :
            Plaintiffs,        :
                               :
v.                             :        1:08cv00999
                               :        Judge James Robertson
JEWELL BELL-SMITH, et al.      :
                               :
            Defendants.        :

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT MORTGAGE STAR INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT MORTGAGE STAR INC.'S PETITION FOR REMOVAL[1]

COMES NOW, Defendant Mortgage Star, Inc. (hereinafter "Defendant" or "Mortgage Star"), by and though its counsel, Bonner Kiernan Trebach & Crociata, LLP, and hereby files its Reply to Plaintiff's Opposition to Defendant's Petition for Removal. In support thereof, Defendant states that this Court has proper jurisdiction in accord with 28 U.S.C. § 1332 and remand in this case is not appropriate.

### FACTUAL AND PROCEDURAL BACKGROUND

Plaintiffs filed their Complaint on or about May 13, 2008 in the Superior Court for the District of Columbia. Plaintiff's original Complaint asserted fourteen different courts against the collective Defendants. On June 12, 2008, Defendant Mortgage Star filed a timely petition for removal on the grounds of both federal question jurisdiction under 28 U.S.C. § 1331 (*See* Count Six, Violation of 12 U.S.C. § 2601, *et seq.*) and diversity jurisdiction under 28 U.S.C. §

---

[1] Although there is no authority for Plaintiffs to file an "Opposition" to Defendant's Petition for Removal, Defendant assumes that this Court will view Plaintiffs' "Opposition" as a Motion for Remand and have responded to it as such.

1332. On July 2, 2008, co-Defendant EK Settlements, Inc. joined Mortgage Star's petition for removal.[2]

On July 7, 2008, Plaintiffs filed their improperly captioned "Opposition to Defendant Mortgage Star Inc.'s Petition for Removal," which, for purposes of this Motion, Defendant assumes will be viewed by this Court as a Motion for Remand. On that same date, presumably in an effort to remove the Court's federal question jurisdiction, Plaintiffs filed a voluntary dismissal, without prejudice, of their claim for violation of 12 U.S.C. § 2601, *et. seq.*

## ARGUMENT

In accord with 28 U.S.C. § 1332, this Court has jurisdiction, not only over claims which raise a federal question, but also over those claims "wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." *Id.* While Plaintiffs' dismissal of Count Six of the Complaint may remove the Court's federal question jurisdiction under 28 U.S.C. § 1331, dismissal of this claim has no effect on the Court's jurisdiction under 28 U.S.C. § 1332. Indeed, in their "Opposition to Defendant Mortgage Star Inc.'s Petition for Removal," Plaintiffs utterly fail to address Defendant's removal of the case based on the complete diversity of the parties. Indeed, the basis for this Court's diversity jurisdiction has not been challenged by Plaintiffs. Consequently, although the Court's federal questions jurisdiction may now be inapplicable, the case is still properly venued in this Court based on diversity jurisdiction.

Plaintiffs further argue that the case should be remanded to the District of Columbia Superior Court because defense counsel allegedly failed to comply with Rule 12(i) of the

---

[2] To this Defendants knowledge, EK Settlements, Inc. and Mortgage Star are the only Defendants who have thus far been properly served in this case.

Superior Court Rules of Civil Procedure.  Plaintiffs' argument is inapplicable under the facts of this case.  Defendant Mortgage Star did not file a Motion of any kind as defined by the Superior Court rules; consequently, no consent of the parties must be obtained prior to filing.  Nonetheless, counsel for Mortgage Star made several calls to Plaintiffs' counsel prior to filing the Petition for Removal, however, counsel for Plaintiffs failed to return any of these phone calls.

**CONCLUSION**

WHEREFORE, it being clear that this Honorable Court has proper jurisdiction over this case in accord with 28 U.S.C. 1332, Defendant Mortgage Star, Inc. respectfully requests that Plaintiffs' erroneously titled Opposition to Defendant Mortgage Star Inc.'s Petition for Removal / Motion for Remand be denied.

Dated:  July 15, 2008

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/S/ Heather S. Deane
Alan S. Block, Esq., D.C. Bar No. 431010
Heather S. Deane, Esq. D.C. Bar No. 471834
Attorney for Defendant Mortgage Star, Inc.
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone (202) 712-7000
Facsimile (202) 712-7100
hdeane@bktc.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant Mortgage Star Inc.'s Reply to Plaintiffs' Opposition to Defendant Mortgage Star Inc.'s Petition for Removal was served via first-class mail, postage prepaid, this 15th day of July, 2008 on:

Brynee K. Baylor, Esq.
Dawn P. Jackson, Esq.
Baylor & Jackson, PLLC
1025 Connecticut Avenue, N.W.
Suite 1202
Washington, D.C. 20036
Counsel for Plaintiffs

Erik H. Nyce, Esq.
DeCaro, Doran, Siciliano, Gallagher, & DeBlasis, LLP
4601 Forbes Boulevard
Suite 200
Lanham, MD 20706
Counsel for Defendant EK Settlements, Inc.

Jewell Bell-Smith
9403 Pineview Ln.
Clinton, MD 20735

Darryl A. Smith
9403 Pineview Ln.
Clinton, MD 20735

Pinnacle Financial Corporation
4102 S. 31st St.
Temple, TX 76542

C&O Property Solutions, LLC
14625 Baltimore Ave. #185
Laurel, MD 20707

Caroline Charles
14625 Baltimore Ave. #185
Laurel, MD 20707

/S/ Heather S. Deane
Heather S. Deane