UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GAVIN M. CHEN, *et al.*,              :
                                      :
      Plaintiffs,                 :
                                      :
  v.                                  : Civil Action No. 08-0999 (JR)
                                      :
JEWELL BELL-SMITH, *et al.*,          :
                                      :
      Defendants.                 :

## ORDER

Plaintiffs' allegations against defendants Mortgage Star and E.K. Settlements satisfy minimum pleading standards, and the motions to dismiss of Mortgage Star [2] and E.K. Settlements [4] are accordingly **denied**.  With regard to the motion for summary judgment filed by E.K. Settlements [7], the affidavit of Sandy Kim will be construed as equivalent to the statement of material facts required by Local Civil Rule 56.1, but plaintiffs have yet to file the opposing and properly supported statement of material facts required by the same rule.  Plaintiffs have until 8/6/08 to supplement their response.  It is **SO ORDERED.**


                                          JAMES ROBERTSON
                              United States District Judge