UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**GAVIN M. CHEN, et al.**

    **Plaintiffs**      \*      **CIVIL ACTION NO. 1:08-CV-0999-JR**

**v**

**JEWELL BELL-SMITH, et al**

    **Defendants**

### PRAECIPE: ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANTS JEWELL BELL-SMITH AND DARRYL A. SMITH

Clerk of the Court:

    Please enter the appearance of Christopher L. Hamlin, Esquire as counsel for Defendants Jewell Bell-Smith and Darryl A. Smith in this case.

    Respectfully submitted,

    MCNAMEE HOSEA JERNIGAN KIM
    GREENAN & WALKER, P.A.

    **/s/ Christopher L. Hamlin**
    Christopher L. Hamlin, Esquire (Fed. Bar. No. 04597 Md)
    6411 Ivy Lane, Suite 200
    Greenbelt, Maryland 20770
    (301) 441-2420
    chamlin@mhlawyer.com

    Attorneys for Defendants Jewell Bell-Smith, et al.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **4th day of August, 2008**, a copy of the foregoing Praecipe: Entry of Appearance for Counsel for Defendants Jewell Bell-Smith and Darryl A. Smith was mailed, by first class mail, postage prepaid, and served electronically to those persons and entities entitled to receive Notice of Electronic Filing in this case, including the following:

Dawn Anderson-Jackson, Esquire
Baylor and Jackson, P.L.L.C.
1025 Connecticut Avenue, Suite 1202
Washington, D.C. 20036

Erik H. Nyce, Esquire
Decaro, Doran, Siciliano, Gallagher & Deblasis, L.L.P.
4601 Forbes Boulevard
P.O. Box 40
Lanham, Maryland 20703

Heather S. Deane, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036

        **/s/ Christopher L. Hamlin**
        Christopher L. Hamlin

2