# Baylor & Jackson, P.L.L.C.
*Attorneys and Counselors at Law*

---

1025 Connecticut Avenue, N.W.  
Suite 1202  
Washington, D.C. 20036

Telephone: (202) 332-7200  
Facsimile: (202) 833-5033  
http://www.baylorjackson.com

August 6, 2008

**VIA ELECTRONIC FILING**
US District Court for the District of Columbia
Clerk of the Court

       Re: **Affidavit of Fact:**
          **Civil Action No.: 1:08-CV-00999-JR**

To the Clerk of the Court:

  Please find enclosed the Affidavit of Sara Lee, which is to serve as the statement of material facts in Plaintiffs' Opposition to Defendant EK Settlements Motion to Dismiss as required by Local Civil Rule 56.1. Should you have any questions or concerns please feel free to contact our office.

          Respectfully submitted,

          /s/ Dawn R. Jackson
          Dawn R. Jackson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GAVIN M. CHEN,** *et. al.* | : |
| **Plaintiffs,** | : |
| v. | : CIVIL ACTION NO:1:08-CV-00999-JR |
| **JEWELL BELL-SMITH,** *et. al.* | : |
| **Defendants.** | : |

### AFFIDAVIT OF SARA LEE

THIS INSTRUMENT HEREBY ACKNOWLEDGES that the undersigned, Sara Lee, is of legal age and does hereby swear and affirm that the following is true and accurate, to the best of her knowledge, under penalty of perjury.

I, Sara Lee, do hereby swear and affirm the following:

1. I am a Resident of the District of Columbia residing at 5011 14th Street NW, Washington, DC 20011.

2. I am over 18 years of age.

3. I did not attend a settlement conducted by EK Settlements but a male representative from EK Settlements came to my home with documents for me to sign.

4. The representative from EK Settlements led me to believe that by signing the documents an agency would hold the mortgage to my home.

5. The representative from EK Settlements never told me that by signing the documents I was selling my home.

6. I signed the documents under the impression that I was not selling my home.

7. The representative from EK Settlements did not have a reason to believe that I knew or understood that by signing the documents I would be selling my home, as there were no boxes packed which could indicate that I was preparing to move or sell my home, and we did not exchange house keys.

8. I realized that my home had been sold only after receiving a phone call from Defendant Smith regarding mortgage payments.

I HEREBY CERTIFY under the penalty of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.

_____
Signature

Subscribed and sworn to before me this 30th day of July, 2008.

_____
Deputy Clerk/ Notary Public

My Commission Expires:

Denise Saucedo
Notary Public, District of Columbia
My Commission Expires 9/14/2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __6th__ day of August 2008 a true copy of the foregoing

Affidavit of Sara Lee was forwarded via e-filing to:

Heather S. Deane, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, DC 20036
Attorney for Mortgage Star, Inc.

Erik H. Nyce, Esquire
Decaro, Doran, Siciliano
Gallagher & Deblasis, LLP
4601 Forbes Blvd., PO Box 40
Lanham, MD 20703-0040
Attorney for EK Settlements, Inc.

And via first class mail to:

Jewell Bell-Smith
9403 Pineview
Clinton, MD 20735-3236
Defendant

Darryl A. Smith
Lane9403 Pineview Ln.
Clinton, MD 20735-3236
Defendant

Pinnacle Financial Corporation
4102 S. 31 St.
Temple, TX 76542
Defendant

C&O Property Solutions, LLC
14625 Baltimore Ave., #185
Laurel, MD 20707
Defendant

Caroline Charles
14625 Baltimore Ave. #185
Laurel, MD 20707
Defendant

                                    __/s/ Dawn R. Jackson__
                                    Dawn R. Jackson, Esquire